**Order filed August 5, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00375-CV
_____

**MICHAEL R. WILLIAMS, Appellant**

**V.**

**JIMGLO YELLOWSTONE BLVD, LLC, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2020-11162**

## O R D E R

The notice of appeal in this case was filed July 7, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 20, 2021.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.